UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*RECEIVED*
*AUG 1 2 2013*
*DOUGLAS E. ARPERT*
*U.S. MAGISTRATE JUDGE*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 12-2602 (DEA) |
| | : | |
| ALQAYYIM RIDA | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been brought before the Court on the joint application of Paul
J. Fishman, the United States Attorney for the District of New Jersey (by Joseph Muoio, Special
Assistant U.S. Attorney), and defendant Alqayyim Rida (by Andrea Bergman, Assistant Federal
Public Defender, attorney for defendant) for an order granting a continuance of the proceedings
for a period of sixty (60) days to allow the parties to continue negotiating a plea agreement and
thereby avoid any grand jury proceedings or trial, and four continuances having previously been
granted by the Court, and the defendant being aware that he has the right to have the matter
submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United
States Code, Section 3161(b), and the defendant having consented to the continuance and waived
such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for
the following reasons:

(1) The parties would like additional time to negotiate a plea agreement, which
would render any grand jury proceedings and any subsequent trial of this matter unnecessary;
and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of
justice served by granting the continuance outweigh the best interest of the public and the
defendant in a speedy trial.

IT IS, therefore, on this 13ᵗ day of August, 2013,

ORDERED that this action be, and it hereby is, continued for a period of sixty

(60) days from August 17, 2013 through and including October 15, 2013; and it is further

ORDERED that the period of sixty days from August 17, 2013 through and

including October 15, 2013 shall be excludable in computing the time under the Speedy Trial

Act of 1974.


_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE


Form and entry
consented to:

_____
Andrea Bergman, Esq.
Attorney for Defendant
Alqayyim Rida

_____
Joseph Muoio
Special Assistant U.S. Attorney

APPROVED:

_____
Harvey Bartle
Attorney-In-Charge, Trenton


2